IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01965-PAB-MJW

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an Illinois corporation,

    Plaintiff,

v.

JANE BURWELL, ESTATE OF BUD BIVENS,
ESTATE OF KJERSTIE ANDERSON,

    Defendants.

---

**ORDER RE DEFENDANT BURWELL'S UNOPPOSED MOTION
TO MODIFY THE SCHEDULING ORDER AND FOR AN EXTENSION OF TIME
WITHIN WHICH TO COMPLETE DISCOVERY**
( Docket No. 23 )

---

THE COURT, having reviewed Defendant Burwell's Unopposed Motion to Modify the Scheduling Order and for an Extension of Time Within Which to Complete Discovery, and being advised in the premises, hereby orders that said motion is granted. The parties have up to and including April 16, 2010, within which to complete discovery. All other provisions of the Scheduling Order shall remain.

    DATED this 22nd day of February, 2010.

                                                         BY THE COURT:

                                                         /s/ Michael J. Watanabe
                                                         Magistrate Judge Michael J. Watanabe
                                                          United States District Court