IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-01965-PAB-MJW

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Plaintiff(s),

v.

JANE BURWELL, et al,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Unopposed Motion for Protective Order (docket no. 29) is GRANTED finding good cause shown. The written Protective Order (docket no. 29-1) is APPROVED as amended in paragraph 11 and made an Order of Court.

Date: March 29, 2010